**FEDERAL KEMPER LIFE
ASSURANCE COMPANY,
Plaintiff—Appellee,**

and

**Karen Ann Leimbach, Defendant—
Appellee,**

v.

**Dean Scott FINGLASS, Defendant—
Appellant,**

and

**Caron Beth Finglass, Defendant.**

No. 04–1155.

United States Court of Appeals,
Fourth Circuit.

Submitted May 5, 2004.

Decided May 17, 2004.

Dean Scott Finglass, Appellant pro se. Rob Ross Hendrickson, Boyd, Benson & Hendrickson, Baltimore, Maryland, for Appellee Leimbach. Bryan David Bolton, Hisham M. Amin, Funk & Bolton, P.A., Baltimore, Maryland, for Appellee Federal Kemper Life Assurance Company.

Before WIDENER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Dean Scott Finglass appeals the district court's order and judgment of interpleader granting Karen Ann Leimbach's motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Federal Kemper Life Assurance Co. v. Finglass,* 2004 WL 422618, No. CA–03–81–AMD (D.Md. Jan. 20, 2004). We grant Finglass's motion to proceed in forma pauperis on appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*